## AMERICAN AIRLINES, INC., *v.* NORTH AMERICAN AIRLINES, INC., ET AL.

No. 55. Argued January 30, 1958.—Decided February 3, 1958.

*Howard C. Westwood* argued the cause and filed a brief for petitioner.

*O. D. Ozment* argued the cause for the Civil Aeronautics Board, respondent. With him on the brief were *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Franklin M. Stone* and *Robert L. Toomey.*

No appearance for North American Airlines, Inc., respondent.

PER CURIAM.

The judgment is reversed insofar as it set aside the Board's order. *American Airlines, Inc.,* v. *North American Airlines, Inc.,* 351 U. S. 79.

MR. JUSTICE DOUGLAS dissents.